# Law Offices of Julie Rendelman, LLC
521 FIFTH AVENUE, 17th FLOOR
NEW YORK, NEW YORK 10175

Office: 212-951-1232
Cell: (646) 425-5562                                  Email: Julie@RendelmanLaw.com

_____

May 31, 2024

Honorable Nelson S. Román
United States District Court Magistrate
300 Quarropas Street
White Plains, NY 10601

**RE:** United States v. John Chen et al.
7:23-cr-00286-NSR

Your Honor,

      This letter is submitted on behalf of defendant, John Chen, to respectfully request that the above captioned case, currently scheduled for June 6, 2024, be adjourned to mid-July to allow for time to consider a plea proposal recently provided to the defense.
      I have confirmed with AUSA Michael Lockard and Ben Gold, attorney for co-defendant Lin Feng, that neither have any objection to such an adjournment.
      I am available if there are any questions or concerns regarding this issue. Thank you.

                                          Sincerely,

                                          /s/ Julie Rendelman
                                           Julie Rendelman, Esq.
                                          *Counsel for Defendant John Chen*