

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

July 16, 2024

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
Charles L. Brieant U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Lin Feng*,
               23 Cr. 286 (NSR)

Dear Judge Román:

      The Government writes to respectfully request that the Court enter an order excluding time pursuant to the Speedy Trial Act until July 25, 2024, the date scheduled for a change-of-plea hearing for the defendant, Lin Feng, before United States Magistrate Judge Andrew E. Krause. The ends of justice served by the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to prepare for the plea hearing and reach a disposition of the charges against the defendant prior to trial. *See* 18 U.S.C. § 3161(h)(7)(A).

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney
                            Southern District of New York

                 By:      /s/
                            Michael D. Lockard / Qais Ghafary /
                            Kathryn Wheelock
                            Assistant United States Attorneys
                            (914) 993-1933

cc:    Ben Gold, Esq. (by ECF)              SO ORDERED:

                                                  _____
                                                  HON. NELSON S. ROMÁN, U.S.D.J.