**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2024

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Deft's request to advance the Sentencing from Oct. 31, 2024 to Sept. 26, 2024 at 2:15 is GRANTED without objection by the Gov't and Probation. Clerk of Court is requested to terminate the motion at ECF No. 28.**
**Dated: White Plains, NY**
**Sept. 3, 2024** SO ORDERED:

Re:   **United States v. Lin Feng**
      **23-Cr-286 (NSR) -02**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Dear Honorable Román:

I represent Lin Feng in the above referenced case. Mr. Feng pleaded guilty in front of the Honorable Andrew E. Krause on July 25, 2024. At that time, the parties were notified that the Court had scheduled Mr. Feng's sentencing for October 31, 2024. I am writing to respectfully ask that the Court please advance Mr. Feng's sentencing to a date in September. I am asking for this accommodation because Mr. Feng has been incarcerated for fifteen months (since May, 2023) and his agreed upon Guidelines (pursuant to the Government's plea agreement) are 12 to 18 months. Under these circumstances, if the Court has availability, I ask that Your Honor please advance Mr. Feng's sentencing. Based on my communications with the Court's chambers, I understand that the Court has availability on September 26, 2024, at 2:15pm. This date works for the Government, and I have been in touch with Probation and Probation is trying to expedite the PSR process in order to accommodate a September sentencing.

Thank you for your consideration.

Respectfully submitted,

/s/

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Michael Lockard
      Probation Officer Sara Willette

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/03/2024