UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

LIN FENG,

                Defendant.
-------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 286 (NSR)

TO:    NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

Please find attached a transcript of the July 25, 2024, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  September 9, 2024
         White Plains, New York

Respectfully submitted,

_____
ANDREW E. KRAUSE United States Magistrate Judge

September 9, 2024

      This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

                                      **SO ORDERED.**

                                _____
                                ANDREW E. KRAUSE
                                United States Magistrate Judge