UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

USA

    - against -

LIN FENG ,

               Defendant.

--------------------------------------------------------X

23 Cr. 00286-02 (NSR)

**ORDER ACCEPTING PLEA ALLOCUTION**

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Andrew E. Krause, United States Magistrate Judge, dated July 25, 2024, is approved and accepted.

SO ORDERED.

_____
Nelson S. Román
United States District Judge

Dated: White Plains, NY
        September 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2024