- UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LIN FENG,

Defendant.

No. 23 CR 286-02 ( NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service**

**It is hereby ORDERED** that defendant, LIN FENG, Reg # 61129-510, sentenced to time served, be released from custody.   The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated:  September 26, 2024
        White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2024